# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL MAE DENNISON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.  1:21-cv-00282-AWI-BAM<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Docs. 2 and 4) |

　　　　Plaintiff April Mae Dennison ("Plaintiff"), proceeding with counsel, seeks review of a decision of the Commissioner of Social Security.  Plaintiff initiated this action on February 26, 2021, and filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Docs. 1, 2).

　　　　Upon consideration of Plaintiff's application to proceed *in forma pauperis*, the Court issued findings and recommendations that the application be denied, and that Plaintiff be required to pay the $402.00 filing fee in full to proceed with this action.  (Doc. 4.)  Following issuance of the findings and recommendations, Plaintiff paid the $402.00 filing fee in full.

///

1

Accordingly, the findings and recommendations issued on March 5, 2021, (Doc. 4), are HEREBY VACATED, and Plaintiff's pending application to proceed *in forma pauperis* (Doc. 2) is DENIED as moot.

IT IS SO ORDERED.

Dated: **March 12, 2021**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE